UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Christopher Reynolds                Case No.  10-10413
                                            Chapter   13

## ORDER

    This matter having come before the Court on the *In rem* Motion for Relief from Automatic Stay(the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley IXIS Real Estate Capital Trust 2006-2, holder of the mortgage, (together with its predecessors, successors, affiliates, principals, and assigns, "Lender"), and good cause having been shown, and proper notice having been given, it is hereby

ORDERED, ADJUDGED AND DECREED

(1)    that the Motion is granted;

(2)    that Lender is granted relief from the section 362 automatic stay and the stay imposed by Bankruptcy Procedure 4001(a)(3) and that Lender's mortgage foreclosure sale of 41 Medway Street, Providence, RI 02906 (the "Property") conducted on February 1, 2010 was a valid sale, remains in full force and effect, and entitles Lender to exercise its non-bankruptcy rights and remedies under applicable law, including, without limitation, (a) taking possession and/or transferring the Property; (b) recording a foreclosure deed to the Property; and (c) seeking to obtain, if necessary, eviction of the Debtor and any occupant from the Property.

PER ORDER:                                  ENTERED:

PR
_____                     _____
Deputy Clerk                                Arthur N. Votolato
                                            United States Bankruptcy Judge

Dated:  4/21/2010

Entered on Docket:  4/21/2010